ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA SCATURRO POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powelll@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2005-02, MORTGAGE PASS THROUGH CERTIFICATES 2005-02,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02146-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02 (**BoNYM**), Southern Highlands Community Association (**HOA**), and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, and hereby jointly submit this Stipulation and Order to Extend Discovery Deadlines (First Request) pursuant to LR IA 6-1 and LR 26-4. This is the first stipulation to extend the discovery deadlines set by the Scheduling Order (ECF No. 18) entered by the Court on October 13, 2017.

. . .

43988555;1

**A.     STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

    **1.     Rule 26 Disclosures**

Plaintiff BoNYM served its Initial Disclosures on September 27, 2017.

Plaintiff BoNYM served its First Supplement to Initial Disclosures on October 26, 2017.

Defendant HOA served its Initial Disclosures on November 9, 2017.

Defendant SFR served its Initial Disclosures on November 20, 2017.

Defendant HOA served its First Supplement to Initial Disclosures on November 30, 2017.

Plaintiff BoNYM served its Second Supplement to Initial Disclosures on December 12, 2017.

Plaintiff BoNYM served its Initial Expert Disclosures on December 21, 2017.

Defendant SFR served its Initial Expert Disclosures on December 29, 2018.

Defendant SFR served its Rebuttal Expert Disclosure via mail on January 25, 2018

    **2.     Written Discovery**

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to HOA on October 26, 2017.

Plaintiff BoNYM served its first set of interrogatories, requests for admissions and requests for production of documents to SFR on October 26, 2017.

Defendant HOA served its responses to requests for production of documents, response to requests for admission and answers to interrogatories on November 30, 2017.

Defendant SFR served its responses to requests for admission on November 30, 2017, and responses to requests for production of documents and answers to interrogatories on December 1, 2017.

Defendant SFR served its first set of requests for admission, requests for production, and interrogatories to BoNYM on January 24, 2018.

    **3.     Depositions**

BoNYM's Deposition of HOA is scheduled for February 9, 2018.

BoNYM's Deposition of HOA Trustee Alessi & Koenig, LLC is scheduled for February 9, 2018.

43988555;1

1  SFR's Deposition of BoNYM is scheduled for February 16, 2018.

**B.   STATEMENT OF DISCOVERY REMAINING TO BE COMPLETED**

SFR's deposition of BoNYM. The parties reserve the right to conduct any additional discovery. BoNYM's deposition of HOA and deposition of HOA Trustee. BoNYM's responses to SFR's written Discovery.

**C.   REASONS WHY AN EXTENSION IS REQUIRED**

SFR has scheduled the deposition for BoNYM for February 16, 2018. The parties are in the process of meeting and conferring regarding the deposition topics and have agreed that BoNYM will respond to written discovery in order to potentially limit the deposition topics. SFR served written discovery on BoNYM on January 24, 2018. The parties have agreed to conduct BoNYM's deposition within the second week of March so that BoNYM can respond to discovery and based upon BoNYM's witness availability.

**D.   PROPOSED SCHEDULE FOR ALL REMAINING DISCOVERY**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-Off: | Tuesday, February 27, 2018 | **March 21, 2018** |
| Dispositive Motions Deadline: | Thursday, March 29, 2018 | **April 20, 2018** |
| Pretrial Order Deadline: | Monday, April 30, 2018 | **May 21, 2018** |

. . .

. . .

. . .

. . .

. . .

. . .

43988555;1

### E. CURRENT TRIAL DATE

The court **has not** yet set a trial date.

Based on the foregoing, the parties respectfully request the court extend the remaining discovery deadlines, as requested above.

The parties make this request in good faith and believe good cause exists for extending these deadlines.

Dated: February 2nd , 2018

| **AKERMAN LLP**<br><br>*/s/ Tenesa Scaturro Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA SCATURRO POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for The Bank of New York Mellon* | **ALVERSON, TAYLOR, MORTENSEN & SANDERS**<br><br>*/s/ Adam R. Knecht*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>ADAM R. KNECHT, ESQ<br>Nevada Bar No. 13166<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>*Attorneys for Southern Highlands Community Association* |
|---|---|
| **KIM GILBERT EBRON**<br><br>*/s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**


**DATED:** 2/05/2018

43988555;1