ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2005-02, MORTGAGE PASS THROUGH CERTIFICATES 2005-02, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02146-JCM-GWF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S MOTION TO DISMISS** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02 (**BoNYM**), and Defendant Southern Highland Community Association (**HOA**) stipulate as follows:

1. HOA filed its motion to dismiss on February 20, 2018. [ECF No. 26]. BoNYM's response is currently due on March 6, 2018.

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its response. The new deadline for BoNYM to file its response to HOA's motion to dismiss shall be March 20, 2018.

44266560;1

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: March 5, 2018

| **AKERMAN LLP** | **ALVERSON, TAYLOR, MORTENSEN & SANDERS** |
|---|---|
| */s/ Tenesa S. Powell*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>TENESA POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02* | */s/ Kurt R. Bonds*<br>KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br><br>*Attorneys for Southern Highlands Community Association* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 5, 2018

44266560;1