ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powelll@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC., CHL MORTGAGE PASS THROUGH TRUST 2005-02, MORTGAGE PASS THROUGH CERTIFICATES 2005-02,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02146-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO SFR INVESTMENTS POOL 1, LLC'S RESPONSE TO MOTION FOR PROTECTIVE ORDER**<br><br>**AND REQUEST TO RESET MOTION HEARING DATE**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass Through Trust 2005-02 (**BoNYM**), Southern Highlands Community Association (**HOA**), and SFR Investments Pool 1, LLC (**SFR**), by and through their respective counsel of record, stipulates as follows:

1. BoNYM filed its motion for protective order on May 8, 2018. [ECF No. 37]. SFR filed it response to BoNYM's motion on May 24, 2018 [ECF No. 39]. BoNYM's reply is currently due on May 31, 2018.

45343032;1

2. The parties hereby stipulate and agree BoNYM shall have fourteen (14) additional days to file its reply. The new deadline for BoNYM to file its reply in support of motion for protective order shall be **June 14, 2018**.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

4. The motion hearing is set for June 7, 2018 at 9:30 AM. The parties respectfully request that the motion hearing be re-set to a time convenient for the court.

Dated: May 30, 2018

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Tenesa Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> *Attorneys for The Bank of New York Mellon* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5/31/2018

45343032;1