**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:17-CV-2146 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *The Bank of New York Mellon v. Southern Highlands Community Association et al.*, case number 2:17-cv-02146-JCM-GWF.  The Bank of New York Mellon asserts that attorney Tenesa S. Powell is no longer associated with Akerman LLP, which continues to represent the bank.  (ECF No. 75).  Accordingly, it requests that Ms. Powell be removed from the electronic service list.  *Id.*

Because Ms. Powell is no longer associated with Akerman LLP, the Bank of New York Mellon's motion is granted.  Ms. Powell is hereby removed from the electronic service list.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Bank of New York Mellon's motion to remove attorney from electronic service list (ECF No. 75) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Tenesa S. Powell be, and the same hereby is, REMOVED from the electronic service list.

DATED July 20, 2020.

                                                                   UNITED STATES DISTRICT JUDGE